STATE v. GREGORY

No. 90P86.

Case below: 78 N.C. App. 565.

Petition by defendant for discretionary review under G.S. 7A-31 denied 7 April 1986. Motion by State to dismiss appeal for lack of substantial constitutional question allowed 7 April 1986.

STATE v. HENRY

No. 782PA85.

Case below: 77 N.C. App. 845.

Petition by defendant for discretionary review under G.S. 7A-31 allowed as to issue of appealability of the order of the superior court only 7 April 1986.

STATE v. HOSEY

No. 154PA86.

Case below: 79 N.C. App. 196.

Petition by defendant for writ of certiorari to the North Carolina Court of Appeals allowed 7 April 1986.

STATE v. JOHNSON

No. 78P86.

Case below: 78 N.C. App. 729.

Petition by the State for discretionary review under G.S. 7A-31 denied 7 April 1986. Petition by the State for writ of supersedeas denied 7 April 1986. Temporary stay dissolved 7 April 1986.

STATE v. JOHNSON

No. 63P86.

Case below: 78 N.C. App. 443.

Petition by defendant for discretionary review under G.S. 7A-31 denied 17 April 1986.